ANN E. MONFORT, Administratrix, etc., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued December 9, 1886; decided January 18, 1887.)

*Edward E. Sprague* for appellant.

*Henry A. Monfort* for respondent.

Agree to affirm; no opinion.

All concur except RAPALLO, EARL and FINCH, JJ., dissenting.

Judgment affirmed.